# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Barbara Phelps** | Case No.: CV 19-5724-DMG (ASx) |
| Plaintiff, | **ORDER OF DISMISSAL [14]** |
| vs. | |
| **Debra Holdway d/b/a Kissinger Properties**, an individual; **Kenneth William Holdway d/b/a Kissinger Properties**, an individual; and Does 1-10 inclusive, | |
| Defendants. | |

The Court having considered the parties' stipulation, and good cause appearing therefor, orders as follows:

1. The above-captioned action is dismissed with prejudice as against Defendants Debra Holdway and Kenneth William Holdway pursuant to FRCP 41(a)(1)(A)(ii).

2. The parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 21, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE